# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

INLAND CORPORATION, et al.,

                Plaintiffs,    :    Case No. 3:14-cv-328

                                    District Judge Walter Herbert Rice
-    vs  -                              Magistrate Judge Michael R. Merz

T.E.P., LLC, et al.,

                Defendants.    :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #8), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that this case is dismissed without prejudice to its re-filing with the filing fee paid.

November 10, 2014.

                                                        Walter Herbert Rice
                                                        United States District Judge